1
2
3
4
5
6                                                              CLOSED
7
8                    **UNITED STATES DISTRICT COURT**
9           **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
10

| | |
|---|---|
| 11  RICK COUNTERMAN, an individual, | CASE NO. CV09 07871 JFW MLGx |
| 12              Plaintiff, | **ORDER AND JUDGMENT** |
| 13         vs. | |
| 14  ORANGE COUNTY NAME PLATE CO., INC. a California corporation; and ELIAS | |
| 15  RODRIGUEZ, an individual; ORANGE COUNTY NAME PLATE CO., INC. | |
| 16  DEFINED BENEFIT PENSION PLAN, a defined benefit pension plan; and | |
| 17  ORANGE COUNTY NAME PLATE CO., INC. PROFIT SHARING PLAN, a profit | |
| 18  sharing plan, | |
| 19              Defendants. | |

20
21
22
23
24
25
26
27
28

OC/210464 14671-004

1   This matter was before the Court on Defendants Orange County Name Plate Co.,

2   Inc. ("OCN"), Orange County Name Plate Co., Inc. Defined Benefit Pension Plan, Orange

3   County Name Plate Co., Inc. Profit Sharing Plan, and Elias Rodriguez's (collectively,

4   "Defendants") Motion for Summary Judgment, or in the Alternative, Summary

5   Adjudication of Issues filed July 2, 2010.  Plaintiff Rick Counterman ("Plaintiff") timely

6   filed his opposition, and Defendants timely replied.  The Court considered the moving,

7   opposing, and reply papers, and considered the arguments therein.  On August 2, 2010, the

8   Court GRANTED Defendants' Motion for Summary Judgment.  The Court now issues the

9   following Judgment:

10                          **ORDER AND JUDGMENT**

11   **A.       Claims Regarding the Profit Sharing Plan and Defined Benefit Pension**

12   **Plan**.

13   1.       Defendants' motion for summary judgment as to Plaintiff's first claim for

14   relief of benefits pursuant to ERISA §502(a)(1)(B) with respect to the Profit Sharing Plan

15   and Defined Benefit Pension Plan is **GRANTED.**

16   2.       Defendants' motion for summary judgment as to Plaintiff's second claim for

17   relief for equitable relief pursuant to ERISA §502(a)(3) with respect Profit Sharing Plan

18   and Defined Benefit Pension Plan is **GRANTED.**

19   3.       **IT IS ORDERED** that Plaintiff's action for benefits pursuant to ERISA

20   §502(a)(1)(B) and Plaintiff's action for relief for equitable relief pursuant to ERISA

21   §502(a)(3) with respect to the Profit Sharing Plan and Defined Benefit Pension Plan be

22   **DISMISSED** for failure to exhaust administrative remedies.  Nothing herein shall affect or

23   prejudice Plaintiff's right to retirement benefits at retirement age, if any, and whatever

24   those rights may be, in accordance with the Profit Sharing Plan or the Defined Benefit

25   Pension Plan.

26   **B. Claims Regarding COBRA Benefits**

27   4.       Defendants' motion for summary judgment as to Plaintiff's first claim for

28   relief of benefits pursuant to ERISA §502(a)(1)(B) with respect to Plaintiff's COBRA

1  benefits is **GRANTED.**

2       5.    Defendants' motion for summary judgment as to Plaintiff's second claim for

3  relief for equitable relief pursuant to ERISA §502(a)(3) with respect to Plaintiff's COBRA

4  benefits is **GRANTED.**

5       6.    **IT IS FURTHER ORDERED** that Plaintiff's action for benefits pursuant to

6  ERISA §502(a)(1)(B) and Plaintiff's action for equitable relief pursuant to ERISA

7  §502(a)(3) with respect to Plaintiff's COBRA benefits be **DISMISSED WITH**

8  **PREJUDICE.**

9       7.    **IT IS FURTHER ORDERED** that Defendants Orange County Name Plate

10  Co., Inc., Orange County Name Plate Co., Inc. Defined Benefit Pension Plan, Orange

11  County Name Plate Co., Inc. Profit Sharing Plan and Elias Rodriguez recover from

12  Plaintiff Rick Counterman costs and disbursements, as taxed.

13      The Clerk of the Court is directed to enter judgment in favor of Defendants Orange

14  County Name Plate Co., Inc., Orange County Name Plate Co., Inc. Defined Benefit

15  Pension Plan, Orange County Name Plate Co., Inc. Profit Sharing Plan and Elias

16  Rodriguez against Plaintiff Rick Counterman and to terminate this file.

17

18  **IT IS SO ORDERED, ADJUDGED AND DECREED.**

19

20  DATED:  August 10, 2010

21

22

23                               UNITED STATES DISTRICT JUDGE

24

25

26

27

28